[Nos. 26177-1-I; 26178-9-I.   Division One.   February 1, 1993.]

*In the Matter of the Dependency of* K.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. K.M., *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 89-7-01329-9, 89-7-01330-2, James J. Dore, J., entered April 13, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Scholfield, J.

[Nos. 26355-2-I; 29007-0-I.   Division One.   February 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. MANSFIELD HOUSTON, *Appellant.*

*In the Matter of the Personal Restraint of* MANSFIELD HOUSTON, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-06542-4, Marsha J. Pechman, J., entered May 25, 1990, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 28397-9-I.   Division One.   February 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH STAPLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-04018-2, Larry A. Jordan, J., entered May 13, 1991. *Affirmed* by unpublished per curiam opinion.